IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01363-BNB

JOHN J. McCARTHY,

Applicant,

v.

WARDEN,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 8 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Applicant, John J. McCarthy, is a prisoner in the custody of the United States Bureau of Prisons. Mr. McCarthy initiated this action by submitting an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a separate Petition for a Writ of Habeas Corpus by a Federal Prisoner Held in Federal Custody. Mr. McCarthy seeks a preliminary injunction or temporary restraining order preventing Respondent from transferring him into a special management unit until the Court can determine the legality of such a placement and of the conditions of confinement in special management units. Mr. McCarthy incorporates into the habeas corpus pleadings an attached civil complaint that asserts claims pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). The attached civil complaint, which Mr. McCarthy alleges he filed in the United States District Court for the District of Columbia, also challenges the conditions of confinement in special management units as well as Mr. McCarthy's pending placement in a special

management unit.

Upon receipt of the habeas corpus application and petition, Magistrate Judge Boyd N. Boland entered an Order Directing Clerk to Commence Civil Action and Directing Applicant to Cure Deficiencies that was filed on June 11, 2010. Because Mr. McCarthy is challenging the conditions of his confinement rather than the execution of his sentence, Magistrate Judge Boland ordered Mr. McCarthy to file an amended pleading on the Court's Prisoner Complaint form if he wishes to pursue his claims in this action. Mr. McCarthy also was ordered either to pay the filing fee for this action or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. McCarthy was warned that the action would be dismissed without further notice of he failed to cure these deficiencies within thirty days.

On June 21, 2010, Mr. McCarthy filed an objection to that portion of Magistrate Judge Boland's order directing him to file an amended pleading on the Court's Prisoner Complaint form. On June 24, 2010, the Court entered an order overruling the objection and directing Mr. McCarthy to cure the deficiencies within thirty days. Mr. McCarthy then filed a notice of appeal from the Court's June 24 order. On August 11, 2010, the United States Court of Appeals for the Tenth Circuit dismissed the appeal for lack of prosecution and issued its mandate.

Mr. McCarthy has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the habeas corpus application and petition are denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of

Civil Procedure for failure to cure the deficiencies as directed by court order filed on June 11, 2010.

DATED at Denver, Colorado, this  17th  day of  August , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01363-BNB

John J. McCarthy
Reg. No. 38051-066
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/5/10

GREGORY C. LANGHAM, CLERK

By _____
        Deputy Clerk